

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00049-CV

_____

IN THE MATTER OF THE MARRIAGE OF CHRISTINE RUTH SLANKER AND TED
EUGENE SLANKER, JR., AND IN THE INTEREST OF T.L.S., A CHILD

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 77863

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Appellant, Ted Eugene Slanker, Jr., has filed with this Court an agreed motion to set aside the trial court's judgment and remand the case to the trial court. The parties represent to this Court that they have reached a full and final settlement and ask us to remand the case to the county court at law for approval of the settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside without regard to the merits the judgment of the trial court and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Unless otherwise agreed by the parties pursuant to their agreement, costs on appeal are divided equally between the parties.

The appeal is dismissed.

Jack Carter
Justice

Date Submitted:     September 17, 2013
Date Decided:       September 18, 2013

2